Nathaniel Clark (SBN 276621)
LAW OFFICES OF SCOTT WARMUTH, APC.
*nclark@law888.com*
17700 Castleton St., #168
City of Industry, CA 91748
Telephone: (626) 323-2150
ATTORNEYS FOR PLAINTIFF JOSHUA BERGHOUSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BERGHOUSE, an individual,<br><br>             Plaintiff,<br>    vs.<br><br>GC SERVICES LIMITED PARTNERSHIP; a Delaware entity, OWNER RESOURCE GROUP, LLC, a Delaware corporation, and DOES 1-10,<br><br>             Defendants. | CASE NO. 2:16-cv-00940-KJM-GGH<br><br>**NOTICE OF SETTLEMENT**<br><br>**L.R. 160(a)** |

Pursuant to L.R. 160(a), Plaintiff JOSHUA BERGHOUSE hereby notifies the Court that this matter has settled by agreement of the parties and that dispositional documents will be filed within 21 days.

Dated: August 16, 2016            **Law Office of Scott Warmuth, APC**

                                                       *//s// Nathaniel Clark*

                                                       Nathaniel H. Clark, Esq.
                                                       *Attorneys for Plaintiff*
                                                       Joshua Berghouse